**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT FRANKFORT**

| | |
|---|---|
| DAN E. FITCH )<br>)<br>      **Plaintiff** )<br>)<br>v. )<br>)<br>**KENTUCKY STATE POLICE**, et al )<br>)<br>)<br>      **Defendants** ) | Civil Action No. 3:10-cv-00049-DCR<br><br>**Electronically filed** |

### RESPONSE TO DEFENDANT KENTUCKY TRANSPORTATION CABINET'S MOTION TO DISMISS

Plaintiff Dan E. Fitch ("Mr. Fitch"), through the undersigned counsel, responds as follows to the Motion to Dismiss filed by Defendant Kentucky Transportation Cabinet ("KTC"):

KTC's motion perfunctorily asserts that Plaintiff's "complaint fails to state a claim for which relief may be granted" and adopts by reference the motion to dismiss previously filed by the Kentucky State Police ("KSP").  Absent from KTC's four sentence filing is any substantive rationale for dismissing the claims against it.

Since KTC's motion simply incorporates by reference KSP's earlier motion, Plaintiff's Response to KSP's motion – which is currently scheduled to be filed with the Court on October 26, 2010 - also suffices to serve as a Response to KTC's motion.  Accordingly, for the reasons which will be set forth in Plaintiff's Response to KSP's September 14, 2010 Motion to Dismiss, Plaintiff respectfully requests that the Court deny KTC's motion to dismiss and allow this case to move forward on its merits against the Defendant.

          Respectfully submitted,

     /s/   Kevan M. Doran_____
    KEVAN M. DORAN
    Doran Law Office
    436 South 7th Street, Suite 200
    Louisville, Kentucky 40203
    Phone:  (502) 855-3151
   Fax: (502) 855-3166
     kdoran@thedoranlawoffice.com
    *Co-counsel for Plaintiff Dan Fitch*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served via CM/ECF on this 25th day of October, 2010 upon the following:

| | |
|---|---|
| William H. Fogle<br>Kentucky Transportation Cabinet,<br>Office of Legal Services<br>200 Mero Street, 6th Floor<br>Frankfort, Kentucky 40622<br>William.fogle@ky.gov<br>*Counsel for Defendant Kentucky*<br>*Transportation Cabinet* | James C. Pusczewicz<br>436 South 7th Street, Suite 200<br>Louisville, Kentucky  40203<br>jimsarasota@yahoo.com<br>*Co-Counsel for Plaintiff* |

and

Roger G. Wright
Christian M. Feltner
919 Versilles Road
Frankfort, KY 40601
502-695-6318 - phone
502-573-1636 – fax
RogerG.Wright@ky.gov
Matt.Feltner@ky.gov
*Counsel for Defendants Kentucky*
*State Police, Commercial Vehicle*
*Enforcement and William Moore*

      /s/   Kevan M. Doran_____
    Kevan M. Doran
    *Co-counsel for Plaintiff*