UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

| | |
|---|---|
| DAN E. FITCH ) | |
| ) | |
|       Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 3:10-cv-00049-DCR |
| ) | |
| KENTUCKY STATE POLICE, et al ) | |
| ) | Electronically filed |
| ) | |
|       Defendants ) | |

## RESPONSE TO DEFENDANT KENTUCKY TRANSPORTATION CABINET'S MOTION TO DISMISS

Plaintiff Dan E. Fitch ("Mr. Fitch"), through the undersigned counsel, responds as follows to the Motion to Dismiss filed by Defendant Kentucky Transportation Cabinet ("KTC"):

KTC's motion perfunctorily asserts that Plaintiff's "complaint fails to state a claim for which relief may be granted" and adopts by reference the motion to dismiss previously filed by the Kentucky State Police ("KSP").  Absent from KTC's four sentence filing is any substantive rationale for dismissing the claims against it.

Since KTC's motion simply incorporates by reference KSP's earlier motion, Plaintiff's Response to KSP's motion – which is currently scheduled to be filed with the Court on October 26, 2010 - also suffices to serve as a Response to KTC's motion.  Accordingly, for the reasons which will be set forth in Plaintiff's Response to KSP's September 14, 2010 Motion to Dismiss, Plaintiff respectfully requests that the Court deny KTC's motion to dismiss and allow this case to move forward on its merits against the Defendant.

        Respectfully submitted,

        /s/   Kevan M. Doran_____
        KEVAN M. DORAN
        Doran Law Office
        436 South 7th Street, Suite 200
        Louisville, Kentucky 40203
        Phone:  (502) 855-3151
        Fax: (502) 855-3166
        kdoran@thedoranlawoffice.com
        *Co-counsel for Plaintiff Dan Fitch*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was served via CM/ECF on this 25th day of October, 2010 upon the following:

William H. Fogle
Kentucky Transportation Cabinet,
Office of Legal Services
200 Mero Street, 6th Floor
Frankfort, Kentucky 40622
William.fogle@ky.gov
*Counsel for Defendant Kentucky Transportation Cabinet*

James C. Pusczewicz
436 South 7th Street, Suite 200
Louisville, Kentucky  40203
jimsarasota@yahoo.com
*Co-Counsel for Plaintiff*

and

Roger G. Wright
Christian M. Feltner
919 Versilles Road
Frankfort, KY 40601
502-695-6318 - phone
502-573-1636 – fax
RogerG.Wright@ky.gov
Matt.Feltner@ky.gov
*Counsel for Defendants Kentucky State Police, Commercial Vehicle Enforcement and William Moore*

        /s/   Kevan M. Doran_____
        Kevan M. Doran
        *Co-counsel for Plaintiff*