UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

| | |
|---|---|
| DAN E. FITCH ) | |
| ) | |
|       Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 3:10-cv-00049-DCR |
| ) | |
| KENTUCKY STATE POLICE, et al ) | |
| ) |       Electronically filed |
| ) | |
|       Defendants ) | |

## MOTION FOR RELIEF FROM ORDER

Plaintiff Dan E. Fitch ("Mr. Fitch"), through the undersigned counsel, respectfully moves the Court for relief from its November 10, 2010 Order dismissing Plaintiff's claims against Defendants Kentucky State Police ("KSP"), Commercial Vehicle Enforcement ("CVE"), Kentucky Transportation Cabinet ("KTC") and William Moore ("Moore") in his official capacity. Plaintiff specifically seeks relief from the portion of the Court's November 10, 2010 Order which dismisses his claims against the above named Defendants under Title II of the Americans with Disabilities Act. A proposed Order in conformity with this Motion is submitted herewith.

## FACTUAL BACKGROUND

On October 26, 2010, the parties to this action submitted an Agreed order to the Court to provide Plaintiff with additional time for responding to the motions to dismiss filed by counsel for KSP and CVE. On October 27, 2010, the Court denied entering the parties Agreed Order and accordingly Plaintiff's Response to the aforementioned motions was then due. In accordance with this understanding, the undersigned counsel then filed Plaintiff's Response to the aforementioned motions on October 27, 2010 at 12:32 p.m. A copy of the Response which the

undersigned counsel intended to file with the Court on October 27, 2010 is attached hereto as Exhibit 1.

Due to a filing error, however, the pleading filed with the Court – under the heading of "Response in Opposition re Motion to Dismiss" - was a duplicate of an earlier filing in this action.[1] In other words, the undersigned counsel mistakenly attached the wrong PDF file via the ECF system instead of the Response prepared for Plaintiff on October 27th.

This error was only discovered by the undersigned counsel after receiving and reading the Court's November 10, 2010 Order which stated that "[a]s of this date, the Plaintiff has not responded to any of the pending motions to dismiss or for summary judgment." [Record No. 12 – November 10, 2010 Order of the Court dismissing Plaintiff's against KSP, KTC, OVC and Moore in his official capacity]. Immediately after discovering this mistake, the undersigned counsel filed this motion with the Court to correct this inadvertent filing error.

### ARGUMENT

Pursuant to Fed. R. Civ. P. 60(b)(1), this Court may grant a party relief from an adverse Order that was entered against it due to "mistake, inadvertence, surprise or excusable neglect." *Id.*; *Williams v. Meyer,* 346 F.3d 607, 612-613 (6th Cir. 2003). Although it does not appear that courts in the Sixth Circuit have considered this rule within the context of the electronic filing system, other federal courts have held mistakes involving the ECF system fall within its strictures. *See e.g. Norman v. United States,* 377 F. Supp.2d 96, (D.D.C. 2005).

In the matter currently before the Court, Plaintiff 's prepared and intended to file the attached Response to the motions to dismiss filed by the Defendants. But instead of actually

---

[1] The pleading mistakenly attached to Plaintiff's Response to the Defendants' Motion to Dismiss was actually the Response which the undersigned counsel had previously filed in Response to Defendant KTC's Motion to Dismiss. [Record No. 10 – Response in Opposition re Motion to Dismiss by Kentucky Transportation Cabinet]. Motion for Relief from Order

2

filing this Response with the Court via attaching it as a PDF document through the ECF system, the undersigned counsel mistakenly attached a previously filed pleading in PDF form. It is axiomatic that this is the quintessential example of the type of mistake that Fed. R. Civ. P. 60(b)(1) was intended to address.

As emphasized in Plaintiff's Response, the Supreme Court's subsequent decision in *Tennessee v. Lane,* 541 U.S. 509 (2004) and *United States v. Georgia,* 546 U.S. 151 (2006) strongly suggest that the Defendants do not possess Eleventh Amendment immunity from claims brought against them under Title II of the ADA in Mr. Fitch's Complaint. Consequently, Plaintiff respectfully submits that that Defendants incorrectly rely upon the Sixth Circuit Court of Appeals' earlier decision in *Robinson v. University of Akron Law School,* 307 F.3d 409 (6th Cir. 2002) as a basis for dismissing Mr. Fitch's Title II claims under the ADA. Accordingly, in conformity with Plaintiff's Response submitted herewith as Exhibit A and the Court's subsequent decisions in *Tennessee v. Lane,* 541 U.S. 509 (2004) and *United States v. Georgia,* 546 U.S. 151 (2006), Plaintiff seeks relief from that portion of the Court's November 10, 2010 decision which dismissed Mr. Fitch's claims against the Defendants under Title II of the ADA.

## CONCLUSION

WHEREFORE, Plaintiff Dan Fitch respectfully moves this Court to grant his motion for relief under Fed. R. Civ. P. 60(b)(1), enter the proposed Order attached hereto and allow him to proceed with his claims against the Defendants under Title II of the ADA.

Respectfully submitted,

/s/   Kevan M. Doran
KEVAN M. DORAN
Doran Law Office
436 South 7th Street, Suite 200
Louisville, Kentucky 40203
Phone:  (502) 855-3151

3

                                             Fax: (502) 855-3166
                                             kdoran@thedoranlawoffice.com
                                             *Co-Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served via CM/ECF on this 10th day of November, 2010 upon the following:

| | |
|---|---|
| William H. Fogle | James C. Pusczewicz |
| Kentucky Transportation Cabinet, | 436 South 7th Street, Suite 200 |
| Office of Legal Services | Louisville, Kentucky 40203 |
| 200 Mero Street, 6th Floor | jimsarasota@yahoo.com |
| Frankfort, Kentucky 40622 | *Co-Counsel for Plaintiff* |
| William.fogle@ky.gov | |
| *Counsel for Defendant Kentucky* | |
| *Transportation Cabinet* | |

and

Roger G. Wright
Christian M. Feltner
919 Versilles Road
Frankfort, KY 40601
502-695-6318 - phone
502-573-1636 – fax
RogerG.Wright@ky.gov
Matt.Feltner@ky.gov
*Counsel for Defendants Kentucky*
*State Police, Commercial Vehicle*
*Enforcement and William Moore*

                                            /s/   Kevan M. Doran_____
                                             Kevan M. Doran
                                             *Co-counsel for Plaintiff*