UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

| | | |
|---|---|---|
| **DAN E. FITCH** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:10-cv-00049-DCR** |
| | ) | |
| **KENTUCKY STATE POLICE**, et al | ) | |
| | ) | **Electronically filed** |
| | ) | |
| **Defendants** | ) | |

## NOTICE OF SETTLEMENT AND
## MOTION TO HOLD DEADLINES IN ABEYANCE

Plaintiff Dan E. Fitch ("Mr. Fitch"), through the undersigned counsel, hereby notifies the

Court that the Parties have reached a settlement in the above captioned matter.  Consistent with

the parties' resolution of this matter via settlement, Plaintiff respectfully moves the Court to hold

in abeyance all pending deadlines and calendared events including the pretrial conference

currently scheduled to begin at 9:30 a.m. on November 29, 2011; and to grant the Parties' sixty

(60) days to file an Agreed Order dismissing this action as settled.   A proposed Order in

conformity with the foregoing is respectfully submitted herewith.

Respectfully submitted,

/s/   Kevan M. Doran_____
KEVAN M. DORAN
Doran Law Office
436 South 7th Street, Suite 200
Louisville, Kentucky 40203
Phone:  (502) 855-3151
Fax: (502) 855-3166
kdoran@thedoranlawoffice.com
*Co-Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a true and correct copy of the foregoing was served via CM/ECF

on this 9th day of November, 2011 upon the following:

William H. Fogle
Kentucky Transportation Cabinet,
Office of Legal Services
200 Mero Street, 6th Floor
Frankfort, Kentucky 40622
William.fogle@ky.gov
*Counsel for Defendant Kentucky*
*Transportation Cabinet*

James C. Pusczewicz
436 South 7th Street, Suite 200
Louisville, Kentucky 40203
jimsarasota@yahoo.com
*Co-Counsel for Plaintiff*

Roger G. Wright
Christian M. Feltner
919 Versilles Road
Frankfort, KY 40601
502-695-6318 - phone
502-573-1636 – fax
RogerG.Wright@ky.gov
Matt.Feltner@ky.gov
*Counsel for Defendants Kentucky*
*State Police, Commercial Vehicle*
*Enforcement and William Moore*

Grover A. Carrington
White Peck Carrington, LLP
P.O. Box 950
Mt. Sterling, Kentucky 40353
 859-498-2872 – phone
859-498-2877 – fax
gcarrington@whitepeckcarrington.com
*Counsel for Defendant Joshua Pigman*

/s/  Kevan M. Doran_____
Kevan M. Doran
*Co-counsel for Plaintiff*